UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LATASHA S. WHITFIELD

CRIMINAL ACTION

NO.  07-44-JVP-CN

# ORDER

Considering the Government's Motion to Revoke the Defendant's Release filed April 14, 2008 (doc.#52) and the hearing held this date where the Court found clear and convincing evidence that the defendant has violated her conditions release and that there is no condition or combination of conditions of release that will assure that the defendant will not pose a danger to the community.

**IT IS ORDERED** that the Motion to Revoke the Defendant's Release is **GRANTED** and the Court orders the defendant **DETAINED** pending final resolution of this matter.

Signed in chambers in Baton Rouge, Louisiana, this 15th day of April, 2008.

MAGISTRATE JUDGE CHRISTINE NOLAND